# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aaron Sandstrom, | Civil No. 10-4227 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Colltech, Inc., | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 8), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 20, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
